# Supreme Court of Texas

No. 23-0861

Walter Hannah,

*Petitioner*,

v.

Latricia Thompson, MD and
Houston Methodist Willowbrook Hospital,

*Respondents*

On Petition for Review from the
Court of Appeals for the Fourteenth District of Texas

**PER CURIAM**

The petition for review is granted. Without regard to the merits, the court of appeals' judgment is vacated and the case is remanded to the trial court for further consideration in light of *Hampton v. Thome*, 687 S.W.3d 496 (Tex. 2024). *See* TEX. R. APP. P. 59.1, 60.2(f).

**OPINION DELIVERED:** June 21, 2024